IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUKAS FANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3100 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HY-VEE, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties have advised the court that they intend to mediate this case, and jointly request that the progression of this case be stayed for sixty days pending the outcome of mediation. Based on the representations of the parties,

IT IS ORDERED:

1) The parties' joint request to stay the deadlines set forth in the court's progression order, (filing no. 18), while the parties pursue settlement through mediation is granted.

2) This case is stayed until April 3, 2009.

3) On or before April 3, 2009, the parties shall either advise the court that the case is settled, or shall jointly file a proposed schedule for continued progression of this case to trial.

DATED this 29th day of January, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge