IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUKAS FANDERS,                           )
                                         )
                 Plaintiff,              )                    4:08CV3100
                                         )
          V.                             )
                                         )
HY-VEE, Inc.,                            )                      ORDER
                                         )
                 Defendant.              )

     The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.  Accordingly,

     IT IS ORDERED that:

     (1)     Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

     (2)     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

     (3)     This case is removed from the court's trial docket upon representation by the parties that the case has settled.

          April 3, 2009.                    BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge